UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                       Chapter 11

**32-34 South 6th Ave, Realty Corp.**

                                                       Case No.:16-

                      Debtor.
-------------------------------------------------------X    **AFFIDAVIT OF CHAPTER 11
PURSUANT TO LR 1007-2**

State of New York       )
                                ss
County of Westchester  )

**I, Steven Spano**, being duly sworn, deposes and says:

1. I am the President of Debtor herein. I am personally familiar with all of the matters set forth below.

2. The Debtor herein is a Real Estate Investment business. The business has a single location located at 33-34 South 6th Ave, Mount Vernon, NY 10550.

3. The Debtor is Corporation. The Debtors seek to enter into a plan for the payment of existing secured debts.

4. The Petition in this matter is to be commenced as a Chapter 11.

5. With respect to the holders of the *largest* unsecured claim(s):

    NONE

6. The secured claim(s) are as follows:

    Putnam County Savings Bank       $441,000.00

7. The unsecured claim(s) are as follows:

    Assets:

    a. The property
    b. The Lease

    Liabilities: The secured debts listed in Schedule D.

8. No securities of the Debtor are publicly held.

9. At this time no property of the debtor is in the possession or custody of any custodian, public officer, pledge, assignee of rents, or secured creditor, or agent for any such entity.

10. Debtor's assets are located in the State of New York.

11. At this time the following proceedings are pending or threatened against the Debtor:

Foreclosure action started by Putnam County Savings Bank v. 32-34 South 6th Ave, Realty Coop.
Index 59991/2015
Supreme Court of the State of New York, Westchester County

Dated: White Plains, New York
November 17, 2016

_____
Steven Spano

Sworn to before me on this
17 day of November, 2016

_____
Notary Public

TODD S CUSHNER
NOTARY ... NEW YORK
CERT...
MY COM... 18